UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RAYMOND MONACO, | Case No. 2:16-cv-00841-JAD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the court on the parties' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The complaint in this matter was filed in state court and removed (Dkt. #1) to federal district court April 13, 2016. Defendant filed an Answer (Dkt. #2) April 13, 2016. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** the parties shall file their certificate of interested parties, which fully complies with LR 7.1-1 **no later than May 23, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 9th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1